NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergiu A Schipor,<br><br>    Plaintiff,<br><br>v.<br><br>Mesa Airlines Incorporated,<br><br>    Defendant. | No. CV-17-04044-PHX-JJT<br><br>**ORDER** |

    At issue is the Parties' Stipulated Motion to Dismiss and Enforce Arbitration Agreement (Doc. 30). Upon review and good cause appearing;

    IT IS HEREBY ORDERED granting the Stipulation Motion (Doc. 30).

    IT IS FURTHER ORDERED compelling this Action to arbitration, each party to bear its own attorneys' fees and costs to date;

    IT IS FURTHER ORDERED compelling to arbitration the disposition of the Motion for Conditional FLSA Class Certification and to Authorize Notice to Similarly Situated Persons under 29 U.S.C. § 216(b) (Doc. 18).

    IT IS FURTHER ORDERED that all pending motions (Docs. 19, 24, 26, 28) are deemed moot and the Court's Order of March 21, 2018 (Doc. 29) is vacated.

    IT IS FURTHER ORDERED directing the Clerk to close this matter.

    Dated this 23rd day of March, 2018.

Honorable John J. Tuchi
United States District Judge