IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergiu A. Schipor, | No. CV-17-04044-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Mesa Airlines Incorporated, | |
| Defendant. | |

At issue is the parties' Joint Motion for Approval of Proposed FLSA Collective Action Settlement (Doc. 33). To approve a Fair Labor Standards Act (FLSA) Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a *bona fide* FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Lopez v. Ariz. Public Serv. Co.*, No. CV 08-1843-PHX-JAT, 2010 WL 1403873, at *1 (D. Ariz. Jan. 27, 2010). Furthermore, where a plaintiff or plaintiffs are represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Settlement Agreement provides that Plaintiffs will receive $6,750.00 in wage-related damages. (Doc. 33-1 at 11.) Plaintiffs' counsel will receive $61,602.00 in fees and $9,652.80 in costs. (Doc. 33 at 3.) The Court finds that the compromise reached by the parties in the Settlement Agreement is a fair and reasonable resolution of this dispute.

Accordingly,

**IT IS ORDERED** that the Motion (Doc. 33) is granted and the Settlement Agreement (Doc. 33-1) is approved. This case shall remain closed.

Dated this 20th day of December, 2019.

*[signature]*

Honorable John J. Tuchi
United States District Judge